UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERI C. LAMBETH,

        Plaintiff,

Case No.  1:16-CV-489

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

        Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:    February 6, 2017        /s/ Paul L. Maloney
                                                              PAUL L. MALONEY
                                                              UNITED STATES DISTRICT JUDGE